# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISHARDO LAWRENCE, | No. 2:22-CV-1975-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff pre-paid the filing fees and has not sought or been granted in forma pauperis status. Pending before the Court is Plaintiff's original complaint, ECF No. 1, transferred to this Court from the United States District Court for the Northern District of California.

      The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In this case, Plaintiff alleges improper denial of a medical parole. The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, Plaintiff has a reasonable opportunity to prevail on the merits of this action. The Court, therefore, finds that service is appropriate and will direct the Clerk of the Court to issue summons.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is appropriate for service;

2. The Clerk of the Court is directed to issue a summons; and

3. Plaintiff shall serve process upon Defendants within the time provided by Federal Rule of Civil Procedure 4(m).

Dated:  December 21, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2