IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RISHARDO LAWRENCE,** | Case No. 2:22-cv-01975-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

HAVING READ the Parties' joint stipulation, and for good cause shown, IT IS HEREBY ORDERED THAT Defendants G. Newsom and J. Benavidez will file a response to Plaintiff's Complaint on or by March 1, 2023.

Dated: February 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1