IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISHARDO LAWRENCE, | No. 2:22-CV-1975-WBS-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| GAVIN NEWSOM, | |
| Defendant. | |

   Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.

   On March 21, 2024, the District Judge directed Plaintiff to file a first amended complaint within 30 days. <u>See</u> ECF No. 31. As of May 8, 2024, Plaintiff had not complied, and the Court issued findings and recommendations that this action be dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders. <u>See</u> ECF No. 32. Plaintiff, through retained counsel, filed objections on May 14, 2024. <u>See</u> ECF No. 33. In the objections, Plaintiff's counsel states that an amended complaint was inadvertently not filed within the deadline set by the District Judge due to an illness requiring skilled nursing care. <u>See id.</u> Counsel states that his medical situation has resolved, and he is now able to file a first amended complaint. <u>See id.</u> Good cause appearing therefor, the Court will vacate the May 8, 2024, findings and recommendations and extend the time within which to file a first amended complaint.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on May 8, 2024, are VACATED.

2. Within 30 days of the date of this Order, Plaintiff shall file a first amended complaint consistent with the District Judge's March 21, 2024.

Dated: May 16, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE