IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RISHARDO LAWRENCE,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-01975-WBS-DMC-P<br><br>**ORDER GRANTING DEFENDANT NEWSOM'S EX PARTE APPLICATION FOR EXTENSION OF TIME UNTIL JULY 18, 2024 TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

　　Defendant G. Newsom has applied for an order to extend the deadline to file a responsive pleading to Plaintiff's First Amended Complaint. The Court has read and considered Defendant's ex parte application, and good cause appearing, IT IS HEREBY ORDERED that:

　　1. Defendant G. Newsom's request is GRANTED;

　　2. Defendant G. Newsom shall file a response to Plaintiff's First Amended Complaint on or before July 18, 2024.

Dated:　June 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE